IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARY PAYNE                                                                                              PLAINTIFF

v.                                         NO. 2:13CV00170 JLH

EDWARD P. REYNOLDS, Chief of Police;
LT. RICHARD BILLIAN; and
CITY OF FORREST CITY, ARKANSAS                                                      DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 17th day of August, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE